# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RUSH DIRECT, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SOLID GOLD PET, LLC,<br><br>　　　　Defendant. | Case No. 8:17-cv-2204-JLS-DFM<br><br>**ORDER**<br><br>*Filed Concurrently with Stipulation for Dismissal of Entire Action With Prejudice*<br><br>Trial Date:　　None Set |
| SOLID GOLD PET, LLC,<br><br>　　　　Defendant and Counterclaimant,<br><br>　vs.<br><br>RUSH DIRECT, INC.,<br><br>　　　　Plaintiff and Counterdefendant, | |

/ / /

/ / /

/ / /

/ / /

656398.1

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The entire action, including all claims, counterclaims, and defenses are dismissed with prejudice; and
2. The parties hereto shall bear their own costs and attorneys' fees.

DATED: December 21, 2018

JOSEPHINE L. STATON
———————————————
Hon. Josephine L. Staton